UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Roberto Andres Morales,
        Plantiff,
  v.
PEPSI CO INC,
        Defendant.

Civil Index Number:
16-CV-6597 FAW

RECEIVED
SEP 11 2017
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

I, Roberto Morales was just made aware that I have a September 12th Deadline to respond to documentation yet I haven't received the proper paperwork. I have spoken with Pepsi CO Attorney, Alissa M. Brennan, and have been given consent to a 7 day extension of the deadline. Please take Notice of the change.

Sincerely,

Roberto Andres Morales

Request granted. The deadline for plaintiff to respond to defendants pending motion to compel is hereby extended until 9/19/17; defendants reply deadline is extended until 9/26/17.

SO ORDERED.
Marian W Payson
USMJ
9/12/17