UNITED STATES DISTRICT COURT WESTERN DISCTRICT OF NEW YORK

| | |
|---|---|
| Court Address:<br>100 State Street<br>Rochester, New York 14614<br><br>Roberto Morales.<br>Plaintiff / Petitioner<br>v.<br>PEPSICO INC.<br>Defendant / Respondent | Case / Docket No. 6:16-CV-06597 DGL-MWP<br>Judge: HON. MARIAN W. PAYSON<br><br><br>[ABOVE FOR COURT USE ONLY] |

## Affidavit of Roberto Andres Morales.

State of New York
SS.
County of Monroe

BEFORE ME, the undersigned Notary Public, personally appeared Roberto Morales, who makes the following statement and affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of his or her knowledge:

1. My name is Roberto Andres Morales., and I currently reside at 59 Greenleaf Meadow Rochester, NY 14612 in Monroe County.
2. I am either over the age of 18 or a legally emancipated minor.
3. I am Plaintiff Pro Se in this legal proceeding.
4. Attached to this document is Plaintiff Response to 8/14/2018 Decision & Order.
5. Information Pursuant to HIPAA request.
6. Release of Records request.
7. Defendants Affidavit.
8. This document is being served to Defense counsel Phillips Lytle LLP Linda Prestegaard located at 28 E. Main Street, Suite 1400 Rochester, NY 14614.
9. A copy of this Affidavit will be filed with the United States District Court Western District of New York. 100 State Street Rochester, NY 14614.
10. This Affidavit has been prepared to be served on the parties listed above.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

_____  Date: 10/11/18
(Affiant's signature)

Notary Public

STATE OF NEW YORK
COUNTY OF Monroe

On this the 11 day of October, 2018, the foregoing instrument was sworn to (or affirmed) and subscribed before me by Roberto Andres Morales., known or proven to me to be the person whose name is subscribed to the within instrument.

WITNESS my hand and official seal.

*Roberto Andres Morales*
(Print Name)

_____ [Affix seal]
(Signature)

NOTARY PUBLIC

My Commission Expires: 5/20/21

```
JOHN RICHARD KANE
Notary Public - State of New York
NO. 01KA6282311
Qualified in Monroe County
My Commission Expires  5/20/21
```